UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE BARNAUSKAS, *et al.*, | ) | CIVIL ACTION NO. 3:19-CV-01160 |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | (ARBUCKLE, M.J.) |
| | ) | |
| JP MORGAN CHASE BANK, N.A., | ) | |
| Defendant | ) | |

ORDER

This case has been assigned to United States Magistrate Judge William I. Arbuckle upon consent of the parties pursuant to 28 U.S.C. § 636 (c)(1). A telephone status conference call has been scheduled to take place on **Tuesday, May 12, 2020 at 1:30 p.m.** to discuss the status of this case. Plaintiff's counsel shall initiate the call to chambers at (570) 323-9881 once counsel for all the parties are on the line.

Date:  May 8, 2020                                   BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge