# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bruce Barnauskas, *et al*, <br>     Plaintiffs <br><br> v. <br><br> Chase Bank, USA, N.A., <br>     Defendant | Docket 3:19-cv-01160-WIA <br><br> (M.J. ARBUCKLE) <br><br><br><br> FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Please dismiss this action without costs and without prejudice.

| | |
|---|---|
| s/ Brett Freeman | s/ Jenny N. Perkins (*with consent*) |
| Attorney for Plaintiffs | Attorney for Defendant |
| Brett Freeman: PA 308834 | Jenny N. Perkins: PA 306498 |
| Sabatini Freeman, LLC | Ballard Spahr, LLP |
| 216 N. Blakely Street | 1735 Market Street, 51st Fl. |
| Dunmore, PA 18512 | Philadelphia, PA 19103 |
| Phone (570) 341-9000 | Phone (215) 665-8500 |
| Facsimile (570) 504-2769 | Facsimile (215) 864-8999 |
| Email: bfecf@sabatinilawfirm.com | Email: perkinsj@ballardspahr.com |