UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE BARNAUSKAS, *et al.*,<br>  Plaintiffs | ) <br> ) <br> ) | CIVIL ACTION NO. 3:19-CV-1160 |
| v. | ) <br> ) <br> ) | (ARBUCKLE, M.J.) |
| JP MORGAN CHASE BANK, N.A., <br>  Defendant | ) <br> ) | |

<u>ORDER</u>

On October 26, 2021, Bruce Barnauskas and Renee Barnauskas ("Plaintiffs") filed a stipulation signed by counsel for all parties dismissing this case without prejudice and without costs (Doc. 42). The Court accepts this stipulation as governed by Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1]

Accordingly, it is ORDERED that, pursuant to the stipulation (Doc. 42):

(1)   The Clerk of Court is DIRECTED to CLOSE this case.


Date: October 29, 2021                         BY THE COURT

                                               *s/William I. Arbuckle*
                                               William I. Arbuckle
                                               U.S. Magistrate Judge

---

[1] Rule 41(a)(1)(A)(ii) provides, in relevant part that Plaintiffs may dismiss an action without a court order by filing "a stipulation of dismissal filed by all parties who have appeared."